UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARK AHLQUIST, as next friend, parent and guardian of J--A--, a minor<br><br>v.<br><br>CITY OF CRANSTON, by and through Robert F. Strom, in his capacity as Director of Finance, and by and through the SCHOOL COMMITTEE OF THE CITY OF CRANSTON | C.A. No. 11-138-L |

## STIPULATION

It is hereby agreed by and between the parties, by their counsel, that the following shall enter:

1. Defendant CITY OF CRANSTON, by and through Robert F. Strom, in his capacity as Director of Finance, and by and through the SCHOOL COMMITTEE OF THE CITY OF CRANSTON, hereby accepts service of the summonses and complaint on April 11, 2011.

2. Joseph V. Cavanagh, Jr. and Joseph V. Cavanagh III hereby enter their appearance for Defendant.

3. The time within which Defendant shall answer or otherwise respond to the complaint is extended to and including May 20, 2011.


For the Plaintiff,

__/s/ Lynettte Labinger___
Lynette Labinger # 1645
Roney & Labinger LLP
Cooperating Counsel,
  Rhode Island Affiliate,
  American Civil Liberties Union
344 Wickenden Street
Providence, RI 02903
(401) 421-9794-tel
(401) 421-0132-fax
labinger@roney-labinger.com

Dated: __April 14, 2011___

For the Defendant,

__/s/ Joseph V. Cavanagh III___
Joseph V. Cavanagh, Jr. #1139
Joseph V. Cavanagh III #6907
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, Rhode Island 02903-1765
(401) 831-8900-tel
(401) 751-7542-fax
jvc@blishcavlaw.com
jvc3@blishcavlaw.com

Dated: __April 14, 2011___

Approved: *Ronald R. Lagueux*
4/4/11