THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARK AHLQUIST, as next friend, parent and guardian of JESSICA AHLQUIST, a minor<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CRANSTON, by and through Robert F. Strom, in his capacity as Director of Finance, and by and through the SCHOOL COMMITTEE OF THE CITY OF CRANSTON,<br><br>    Defendant. | C.A. No. 11-138-L |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for defendants, CITY OF CRANSTON, by and through Robert F. Strom, in his capacity as Director of Finance, and by and through the SCHOOL COMMITTEE OF THE CITY OF CRANSTON, in the above-entitled action.

/s/ Joseph V. Cavanagh, Jr.
_____
Joseph V. Cavanagh, Jr. #1139
jvc@blishcavlaw.com
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 7651-7542 (fax)

Dated: May 23, 2011

CERTIFICATE OF SERVICE

      I hereby certificaty that on the 23rd day of May, 2011, I electronically filed the foregoing Entry of Appearance using the CM/ECF System.  The following participants have received notice electronically:

| | |
|---|---|
| Lynette J. Labinger, Esq. | Thomas R. Bender, Esq. |
| Roney & Labinger, LLP | Handon Curran LLP |
| 344 Wickenden Street | 1 Turks Head Place, Suite 550 |
| Providence, RI 02903 | Providence, RI 02903 |
| Labinger@roney-labinger.com | trb@hansoncurran.com |

Joseph V. Cavanagh, III
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
Jvc3@blishcavlaw.com

                                                  /s/ Joseph V. Cavanagh, Jr.