(Effective 3/17/2008)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF RHODE ISLAND

_Mark Ahlquist_
Plaintiff(s)

v.

_City of Cranston_
Defendant(s)

Dkt. No. _1:11-cv-00138-L_

### MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/Defendant _Cranston School Committee_ hereby moves that _Lori Windham_ be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

_____
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

_____
Signature of Local Counsel

Joseph V. Cavanagh, III
Print Name

Blish & Cavanagh, LLP
Firm and Business Address

30 Exchange Terrace

Providence, RI 02903

RI Bar ID # 6907

Email: jvc3@blishcavlaw.com

Tel. # (401) 831-8900

Fax # (401) 490-7640

---

### ORDER

This motion is hereby ✓ GRANTED ____ DENIED

_Ronald R. Lagueux_    _6/6/11_
District Judge    Date

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of June, 2011, the within document was filed electronically and made available for viewing and downloading from the Court's Electronic Case Filing System by all parties, represented as follows:

Lynette Labinger, Esq.
Roney & Labinger LLP
labinger@roney-labinger.com

Thomas R. Bender, Esq.
Hanson Curran LLP
trb@hansoncurran.com

                                               /s/ Joseph V. Cavanagh, III