```
                  UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF RHODE ISLAND


MARK AHLQUIST

     V.                                    C.A. No. 11-138L

THE CITY OF CRANSTON
```

PRE-HEARING ORDER ON PRELIMINARY INUNCTION

A conference was held on June 1, 2011, and after discussion on the Motion for Preliminary Injunction filed by the plaintiff, it is ordered as follows:

All factual discovery will be closed by July 15, 2011.

All expert discovery will be closed July 29, 2011.

All Expert witness disclosures will be made by July 8, 2011.

Both parties shall file memoranda of law by August 26, 2011 for hearing on Preliminary Injunction on August 31, 2011.


It is so ordered,


 /s/Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
June 1, 2011