UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARK AHLQUIST, as next friend, parent and guardian of J--A--, a minor

v.

CITY OF CRANSTON, et al.

C.A. No. 11-138-L

## **STIPULATION**

It is hereby agreed by and between the parties, by their counsel, that the following shall enter:

1. Defendant SCHOOL COMMITTEE OF THE CITY OF CRANSTON, by and through Andrea Iannazzi, in her capacity as Chair of the School Committee of the City of Cranston, hereby accepts service of the summons and amended complaint.

2. Joseph V. Cavanagh, Jr., Joseph V. Cavanagh III, and Lori Windham hereby enter their appearance for Defendant SCHOOL COMMITTEE OF THE CITY OF CRANSTON, by and through Andrea Iannazzi, in her capacity as Chair of the School Committee of the City of Cranston.

3. All defendants shall answer or otherwise respond to the amended complaint by June 16, 2011.

For the Plaintiff,

 /s/ Lynette Labinger
Lynette Labinger # 1645
Roney & Labinger LLP
Cooperating Counsel,
  Rhode Island Affiliate,
  American Civil Liberties Union
344 Wickenden Street
Providence, RI  02903
(401) 421-9794-tel
(401) 421-0132-fax
labinger@roney-labinger.com

For the Defendants,

 /s/ Joseph V. Cavanagh III
Joseph V. Cavanagh, Jr.  #1139
Joseph V. Cavanagh III  #6907
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, Rhode Island  02903-1765
(401) 831-8900-tel
(401) 751-7542-fax
jvc@blishcavlaw.com
jvc3@blishcavlaw.com

Dated:  June 5, 2011