THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARK AHLQUIST, as next friend, parent and )
guardian of J.A., a minor )
        Plaintiff, )
)
  v. )  C.A. No. 11-138-L
)
CITY OF CRANSTON, by and through Robert F. Strom, )
in his capacity as Director of Finance, and by and through )
the School Committee of the City of Cranston, and )
SCHOOL COMMITTEE OF THE CITY OF CRANSTON, )
by and through Andrea Iannazzi, in her capacity as Chair )
of the School Committee of the City of Cranston, )
        Defendants. )

## STIPULATION

Plaintiff Mark Ahlquist and Defendants City of Cranston and School Committee of the City of Cranston hereby agree and stipulate as follows:

 (a) The parties hereby waive their right to a trial by jury;

 (b) Pursuant to Fed. R. Civ. P. 65, the Court may advance the trial on the merits and consolidate it with the hearing on Plaintiff's Motion for Preliminary Injunction;

 (c) The hearing shall be held on October 13, 2011 at 2:00 p.m.; in lieu of live testimony, the parties will present as evidence deposition transcripts, affidavits and pre-numbered exhibits;

 (d) The parties shall each file a Memorandum of Law on or before September 2, 2011;

 (e) The parties may each file a reply Memorandum of Law on or before September 16, 2011;

 (f) In the event of a liability finding against either or both Defendants, the Court shall determine to what extent equitable and/or declaratory relief may be warranted and each party reserves the right to argue his or its position thereon. In addition to any equitable or declaratory

1

relief which the Court may award, the parties agree that Plaintiff shall be awarded compensatory damages in the amount of $25.00.

*Approved:*
*Ronald R. Lagueux*
*Sr. USDJ*

**Attorneys for Plaintiff**

/s/ Lynette Labinger
Lynette Labinger #1645
Roney & Labinger LLP
  Cooperating Counsel,
  Rhode Island Affiliate,
American Civil Liberties Union
344 Wickenden Street
Providence, RI 02903
Telephone: (401) 421-9794
labinger@roney-labinger.com


/s/ Thomas R. Bender
Thomas R. Bender #2799
Hanson Curran LLP
  Cooperating Counsel,
  Rhode Island Affiliate,
American Civil Liberties Union
One Turks Head Place – Suite 550
Providence, RI 02903
Telephone: (401) 421-2154
trb@hansoncurran.com


**Attorneys for Defendants**

/s/ Joseph V. Cavanagh, Jr.
/s/ Joseph V. Cavanagh, III
Joseph V. Cavanagh, Jr. #1139
Joseph V. Cavanagh, III #6907
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, Rhode Island 02903
Telephone: (401) 831-8900
jvc@blishcavlaw.com
jvc3@blishcavlaw.com

2

/s/ Christopher M. Rawson
Christopher M. Rawson #5191
Cranston City Solicitor
City Hall - 869 Park Avenue
Cranston, Rhode Island 02910
Telephone: (401) 780-3133
crawson@lovettlaw.com

Of Counsel:

Eric C. Rassbach, Esq.
Lori H. Windham, Esq. (*admitted pro hac vice*)
Joshua Hawley, Esq.
The Becket Fund for Religious Liberty
3000 K St. NW, Suite 220
Washington, D.C. 20007
Telephone: (202) 955-0095
Facsimile: (202) 955-0090
erassbach@becketfund.org
lwindham@becketfund.org
jhawley@becketfund.org