# TRANSCRIPT ORDER

AO 435 (Rev. 03/08)
Administrative Office of the United States Courts
Please Read Instructions:

**FOR COURT USE ONLY**
DUE DATE:

1. NAME: John DePetro
2. PHONE NUMBER: 433-4200
3. DATE: Jan 27 12
4. MAILING ADDRESS: 1502 Wampanoag Trail
5. CITY: East Prov
6. STATE: RI
7. ZIP CODE: 02906
8. CASE NUMBER: 1:11-cv-00138
9. JUDGE: Lagueux
10. FROM: 4/2/11
11. TO: 1/11/12
12. CASE NAME: Ahlquist vs City of Cranston
13. CITY: Prov
14. STATE: RI

15. ORDER FOR:
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [x] TESTIMONY (Specify Witness) JA Jessica Ahlquist | 10/13/2011 minute entry |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**RECEIVED JAN 27 2012 U.S. DISTRICT COURT DISTRICT OF R.I.**

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [x] | NO. OF COPIES 1 | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: John DePetro
19. DATE:

PROCESSED BY:
PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY:
COURT ADDRESS:

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

DEPOSIT PAID:
TOTAL CHARGES: 0.00
LESS DEPOSIT: 0.00
TOTAL REFUNDED:
TOTAL DUE: 0.00

DISTRIBUTION: COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY