UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARK AHLQUIST, as next friend, parent
and guardian of JESSICA AHLQUIST, a
minor,
Plaintiff,

v.            C.A. No. 11-138L

CITY OF CRANSTON, by and through
Robert F. Strom, in his capacity as
Director of Finance, and by and through
the School Committee of the City of
Cranston, and SCHOOL COMMITTEE OF THE
CITY OF CRANSTON, by and through Andrea
Iannazzi, in her capacity as Chair of the
School Committee of the City of Cranston,
Defendants.

**FILED**

MAY 11 2012

U.S. DISTRICT COURT
DISTRICT OF R.I.

## NOTICE OF APPEAL

Now comes the petitioners, Michael Notarianni, Christian Frangos, Olivia Frangos, Carolyn Masagno, Lori McClain, Jared McMullen and Ronald L'Heureux and hereby files its notice of appeal of the above entitled matter on the merits and the court's decision of April 12, 2012 denying intervention of the above parties.

Respectfully Submitted,

_Michael Notarianni_
Michael Notarianni,
202 Randall St.
Cranston, RI

*Carolyn Mesagno*
Carolyn Mesagno herself and for
Christian Frangos and Olivia Frangos
2330 Cranston St.
Cranston, RI 02920

*Ronald L'Heureux*
Ronald L'Heureux
213 Waterman Ave.
North Providence RI 02911

**Certification of Service**

   I Ronald hereby certify that a true copy of the Notice of appeal was sent to Joe Cavanagh Jr. For the town of Cranston jvc@blishcavlaw.com and the ACLU, Lynette Labinger (<u>labinger@roney-labinger.com</u>) via electronic mail on this 10th day of May 2012

*Ronald L'Heureux*